JAMES McCUTCHEON & CO. (A CORPORATION) v. UNITED STATES

No. 6516.—Invoices dated London, England, November 4, 1941, etc.
Certified November 6, 1941, etc.
Entered at New York, N. Y., January 3, 1942, etc.
Entry No. 11369, etc.

(Decided November 15, 1946)

B. A. Levett for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation wherein counsel for the respective parties have agreed that the issues in said appeals are the same in all material respects as the issues decided in United States v. Pitcairn, C. A. D. 334, and the record in said case has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals are the values found by the appraiser, less any additions made by the importer on entry by reason of advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

ABERCROMBIE & FITCH CO. v. UNITED STATES

No. 6517.—Invoices dated London, England, January 5, 1942, etc.
Certified January 7, 1942, etc.
Entered at New York, N. Y., February 24, 1942, etc.
Entry No. 739606, etc.

(Decided November 15, 1946)

Lane & Wallace and Lane, Young & Fox for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, involve the proper dutiable values of certain merchandise imported from England. The record upon which the said appeals have been submitted for decision establishes that the issues herein and the issues which were involved in United States v. Pitcairn, C. A. D. 334, are similar in all material respects, and the record in that case has been admitted in evidence herein.

Upon the established facts and following the authority cited, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.